TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. Pending)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3519
    Facsimile: (213) 894-0141
    E-mail:    jamari.buxton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 19-CR-681-AB |
|---|---|
| Plaintiff, | FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT AND TRIAL DATE |
| v. | |
| BRYAN EBEN SMITH, | |
| Defendant. | |

On October 9, 2020, the Court issued an arrest warrant for defendant Bryan Eben Smith ("defendant") after defendant failed to appear for a status conference regarding alleged violations of conditions of pretrial release. (Dkt. 32.) Defendant's whereabouts are presently unknown, and defense counsel, Deputy Federal Public Defender Charles J. Snyder, represents that he has not communicated with defendant since before the Court issued the arrest warrant.

Having heard from plaintiff, the United States of America, by and through its counsel of record, Assistant United States Attorney J. Jamari Buxton, and good cause appearing, the Court hereby FINDS AS FOLLOWS:

1. The Indictment in this case was filed on November 12, 2019. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on November 21, 2019. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial begin on or before January 30, 2020.

2. On November 21, 2019, the Court set a trial date of January 14, 2020 and a status conference date of December 6, 2019.

3. Defendant is on bond pending trial. On October 9, 2020, the Court issued an arrest warrant for defendant after defendant failed to appear for a status conference regarding alleged violations of conditions of pretrial release. (Dkt. 32.) Defendant's whereabouts are presently unknown, and defense counsel represents that he has not communicated with defendant since before the Court issued the arrest warrant. The parties estimate that the trial in this matter will last approximately 3-5 days.

4. Defendant is charged with a violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography. The government has produced approximately 300 pages of discovery to the defense, including investigative reports, subscriber information, search warrant materials, photographs, reports regarding the forensic extraction of defendant's devices, and defendant's criminal history. The government also produced multiple video-recorded interviews, including an interview of defendant.

5. The Court has previously continued the trial date in this case from January 14, 2020 to July 27, 2021, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

6. As defendant is wanted under an arrest warrant issued by the Court and is presently at large, the Court finds that the time period from and including October 9, 2020, to the date by which defendant appears before this Court under that warrant, inclusive, be excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. §§ 3161(h)(3)(A)-(B).

7. Nothing in this Findings of Fact and Conclusions of Law shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

8. The pending July 27, 2021 trial date is hereby vacated.

IT IS SO ORDERED.

July 22, 2021
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

CC: PSA

Presented by:

    /s/
J. JAMARI BUXTON
Assistant United States Attorney